IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REYNALDO JUNIOR DA SILVA RODRIGUES,

      Petitioner,

      v.                                                     Case No. 1:25-cv-01030 KWR-SCY

PAMELA BONDI, *in her official capacity as*
*Attorney General of the United States,*
KRISTI NOEM*, in her official capacity as Secretary*
*of the Department of Homeland Security,*
TODD LYONS, *in his official capacity as Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARY DE ANDA-YBARRA, *in her official capacity as Field Office Director,*
*ICE El Paso Field Office*, and
GEORGE DEDOS, *in his official capacity as Warden*
*of Torrance County Detention Center,*

      Respondents.

## ORDER DIRECTING SERVICE AND ANSWER

THIS MATTER comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus (the "Petition"). Doc. 1. Petitioner alleges he has been in ICE custody since September 11, 2025. *Id.* at 6. He requests that the Court issue a writ of habeas corpus for his immediate release from custody. *Id.* at 22.

As explained below, the Court directs Petitioner to serve the Petition and this Order on the appropriate Respondents and directs Respondents to answer the Petition within 30 days of service of the Petition.

Petitioners filed this habeas petition under § 2241. The Court may apply "any or all" of the § 2254 habeas rules to this § 2241 petition. *See* Rules Governing § 2254 cases, Rule 1(b).

Moreover, the Court may apply the Federal Rules of Civil Procedure, to the extent they are not inconsistent with the habeas rules. Rules Governing § 2254 cases, Rule 12.

Generally, Respondents need not answer a habeas petition until the Court has ordered an answer. Rules Governing § 2254 cases, Rule 4. Having reviewed the Petition, the Court concludes that the claims must be resolved on a full record, including an answer from Respondents.

Therefore, the Court directs Petitioner to serve copies of this Order and the Petition on the appropriate Respondents. Petitioner shall file a certificate of service on the record. Moreover, Respondents shall answer the Petition within 30 days of service of this Order and the Petition. *See* Rules Governing § 2254 cases, Rule 4 (granting court discretion to fix a time to file an answer). The answer must address the merits of the Petition and attach all relevant evidence the Respondents wish the Court to consider. Petitioner shall file a reply brief within fourteen (14) days of the filing of the response.

Accordingly, **IT IS ORDERED** that Petitioner serve copies of this Order and the Petition on the appropriate Respondents and file a certificate of service on the record.

**IT IS FURTHER ORDERED** that the Respondents shall answer the Petition within **thirty (30) days** of service of this Order and the Petition. The answer must address the merits of the Petition and attach all relevant evidence or documents Respondents wish the Court to consider.

**IT IS FINALLY ORDERED** that Petitioner shall file a reply brief within **fourteen (14) days** after the answer is filed.

                                                        /S/
                                                KEA W. RIGGS
                                                UNITED STATES DISTRICT JUDGE