IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REYNALDO JUNIOR DA SILVA RODRIGUES,

    Petitioner,

    v.        Case No. 1:25-cv-01030 KWR-SCY

PAMELA BONDI, *in her official capacity as*
*Attorney General of the United States,*
KRISTI NOEM*, in her official capacity as Secretary*
*of the Department of Homeland Security,*
TODD LYONS, *in his official capacity as Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARY DE ANDA-YBARRA, *in her official capacity as Field Office Director,*
*ICE El Paso Field Office*, and
GEORGE DEDOS, *in his official capacity as Warden*
*of Torrance County Detention Center,*

    Respondents.

## ORDER DISMISSING CASE

THIS MATTER comes before the Court upon Respondents' Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 21). Petitioner does not object to dismissal.

Having considered the record and the law, the Court finds Respondents' Motion well-taken, and therefore the Court dismisses this case without prejudice.

**IT IS SO ORDERED.**

                                                   /S/
                                            KEA W. RIGGS
                                            UNITED STATES DISTRICT JUDGE